**DISMISS and Opinion Filed June 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00617-CV

**SENRICK WILKERSON, Appellant**
**V.**
**DALLAS POLICE DEPARTMENT, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01662**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Stoddart

By letter dated May 25, 2015, appellant advised the Court that he wishes to withdraw his April 2015 notice of appeal from the denial of his motion for a bench warrant. We grant his motion and dismiss this appeal. TEX. R. APP. P. 42.1(a)(1).

/ Craig Stoddart/
CRAIG STODDART
JUSTICE

150617F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SENRICK WILKERSON, Appellant

No. 05-15-00617-CV          V.

DALLAS POLICE DEPARTMENT,
Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-01662.
Opinion delivered by Justice Stoddart. Chief
Justice Wright and Justice Lang-Miers
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS POLICE DEPARTMENT recover its costs of
this appeal from appellant SENRICK WILKERSON.

Judgment entered this 3rd day of June, 2015.